IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., §<br>as Broadcast Licensee of the September 19, 2009 §<br>"Number One": Mayweather, Jr./Marquez Event §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>1) LAS ROSAS MEXICAN GRILL, LLC, §<br>Individually and d/b/a LAS ROSAS MEXICAN §<br>GRILL, and d/b/a LAS ROSAS MEXICAN §<br>RESTAURANT; and §<br>2) CARMEN ALEMAN, a/k/a CARMEN §<br>PETRONILA ALEMAN, a/k/a CARMEN §<br>PETRONILA, a/k/a CARMEN SANDOVAL, §<br>Individually and d/b/a LAS ROSAS MEXICAN §<br>GRILL, and d/b/a LAS ROSAS MEXICAN §<br>RESTAURANT, §<br>§<br>Defendants. § | Civil Action No. 4:12-cv-02789 |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR SUBSTITUTE SERVICE**

On this day, the Court considered Plaintiff J&J Sports Productions, Inc.'s Motion for Substitute Service ("Motion"). The Court, after considering the Motion, and supporting Affidavits, finds Plaintiff's attempts to serve Defendants 1) Las Rosas Mexican Grill, LLC, Individually and d/b/a Las Rosas Mexican Grill and d/b/a Las Rosas Mexican Restaurant ("Las Rosas"); and 2) Carmen Aleman, a/k/a Carmen Petronila Aleman, a/k/a Carmen Petronila, a/k/a Carmen Sandoval, Individually and d/b/a Las Rosas Mexican Grill and d/b/a Las Rosas Mexican Restaurant ("Aleman") (collectively "Defendants") have been unsuccessful, and finds the substitute service requested in Plaintiff's Motion will be reasonably effective to give Defendants notice of the lawsuit.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff is authorized to serve Defendant Aleman with the lawsuit by delivering a true copy of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties*, to anyone over eighteen years of age at 2034 Bevington Oaks Circle, Katy, Texas 77450; or securely attaching a true and correct copy of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties*, to the front door at 2034 Bevington Oaks Circle, Katy, Texas 77450.

IT IS FURTHER ORDERED that Plaintiff is authorized to serve Defendant Las Rosas Mexican Grill, LLC by and through the Texas Secretary of State pursuant to TEX. BUS. ORG. CODE § 5.251 *et. seq.*, by delivering to and leaving with the Texas Secretary of State duplicate copies of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties*.

IT IS SO ORDERED.

SIGNED at Houston, Texas this 15th day of January, 2013.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE